## Mooney, et al. v. H. H. Denhardt, Judge.

(Decided June 15, 1911.)

### Appeal from Warren Circuit Court.

1. Costs—The costs in a proceeding in this court against the Judge of a court to obtain a writ of prohibition are to be paid by him personally when adjudged against him.
2. Set-off—It is the duty of the Sheriff having in his hands an execution in favor of the plaintiff against the defendant and an execution in favor of the defendant against the plaintiff to proceed with his writs as in other cases unless the judgments are set off by the proper court.

SIMMS & RODES, THOMAS W. THOMAS, GRIDER & HARLAN, T. W. & R. C. P. THOMAS, WRIGHT & McELROY and JOHN M. GALLOWAY for petitioners.

W. B. GAINES and McQUOWN & BECKHAM for defendant.

Opinion of the Court by Chief Justice Hobson—
Discharging rule.

The executions issued herein are against H. H. Denhardt and should be levied on his property. Alias executions will now be issued and placed in the sheriff's hands. The rule will be discharged at the sheriff's cost. It is the duty of the sheriff to execute the writs unless the judgments are ordered to be set off by a judgment of the proper court. The fact that H. H. Denhardt was judge of the Warren County Court and the proceeding was for the purpose of obtaining a writ of prohibition against him is no reason why he is not personally liable for the costs.

Rule discharged.